IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03167-DME-MJW

GARY & PEGGY WILLIAMS, PRO SE,

  Plaintiffs,

v.

CITIBANK N.A.,
CHASE HOME FINANCE, LLC,
JOHN DOE 1-10, et al.,

  Defendants.

## ACKNOWLEDGMENT OF DISMISSAL

  THIS MATTER COMES BEFORE the Court on Plaintiffs' notice that they have decided to withdraw their suit from court for now (Doc. No. 14). The Court has reviewed this notice and believes itself fully advised.

  Plaintiffs may dismiss their action without a court order where, as here, the opposing parties have not yet "serve[d] either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court, therefore, acknowledges Plaintiffs' notice of their voluntary dismissal of this action, which was effective the day it was filed, see Janssen v. Harris, 321 F.3d 998, 1000 (10th Cir. 2003) (applying prior version of Rule 41(a)(1)). The Court further notes that Plaintiffs' notice does not indicate that this dismissal should be with prejudice. Therefore, the "dismissal is without

prejudice" unless Plaintiffs have "previously dismissed any federal- or state-court action based on or including the same claim." Fed. R. Civ. P. 41(a)(1)(B). If Plaintiffs have previously dismissed such a case, then their voluntary dismissal of this action "operates as an adjudication on the merits." Id.

DONE AND SIGNED this  8th  day of  March , 2011.

BY THE COURT:

*David M. Ebel*

U. S. Circuit Court Judge